1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408)-535-5065
        Fax: (408)-535-5066
        E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           ) NO. 13-CR-00798-RMW
14                                     )
       Plaintiff,                      )
15                                     )  STIPULATION AND []
       v.                              )  ORDER REGARDING DISCLOSURE OF
16                                     )  SEARCH WARRANT AND RELATED
                                       )  DOCUMENTS
17 ADEMAR BECERRIL,                    )
   ARTURO CUEVAS-QUEZADAZ,             )
   MACARIO JIMENEZ-CORONA, and         )
18 FRANCISCO ORTIZ,                    )
                                       )
19     Defendants.                     )
                                       )
20

21

22      IT IS HEREBY STIPULATED by the undersigned that the search warrant, application and

23 supporting affidavit for the warrant, and the sealing motion and order for the search warrant signed by

24 U.S. Magistrate Judge Howard R. Lloyd on February 4, 2014 in Case No. 14-70120-HRL may be

25 provided as discovery to undersigned counsel for the defendants subject to the same limitations and

26 restrictions that are set forth in the protective order signed by the Honorable Ronald M. Whyte, Senior

27 United States District Judge, and filed in in the instant matter on January 22, 2014 (ECF-filed Document

28 No. 32), and that said filings remain sealed for all other purposes.

STIPULATION AND [] ORDER REGARDINGDISCLOSURE
OF SEARCH WARRANT AND RELATED DOCUMENTS

1  DATED: February 7, 2014          MELINDA HAAG
                                    United States Attorney
2

3                                   /s/
                                    Thomas A. Colthurst
4                                   Assistant United States Attorney

5
                                    /s/
6                                   Mark Alan Arnold, Esq.
                                    Counsel for Defendant ADEMAR BECERRIL
7

8                                   /s/
                                    Robert W. Lyons, Esq.
9                                   Counsel for Defendant ARTURO CUEVAS-QUEZADAZ

10
                                    /s/
11                                  Frank Bell, Esq.
                                    Counsel for Defendant MACARIO JIMENEZ-CORONA
12

13                                  /s/
                                    Jack D. Gordon, Esq.
14                                  Counsel for FRANCISCO ORTIZ

15                                  ORDER

16       Based on the stipulation between the parties set forth above, it is hereby ORDERED that the

17 search warrant, application and supporting affidavit for the warrant, and the sealing motion and order for

18 the search warrant signed by U.S. Magistrate Judge Howard R. Lloyd on February 4, 2014 in Case No.

19 14-70120-HRL may be provided as discovery to above-specified counsel for the defendants subject to

20 the same limitations and restrictions that are set forth in the protective order signed filed in the instant

21 matter on January 22, 2014 (ECF-filed Document No. 32)) and that said filings remain sealed for all

22 other purposes.

23
24 IT IS SO ORDERED.                *signature: Ronald M. Whyte*

25 DATED: 2/19/14
                                    THE HONORABLE RONALD M. WHYTE
26                                  Senior United States District Judge

27
28