MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADEMAR BECERRIL,<br>ARTURO CUEVAS-QUEZADAZ,<br>MACARIO JIMENEZ-CORONA,<br>FRANCISCO ORTIZ, and<br>JUAN LUIS JIMENEZ-CASTANEDA,<br><br>    Defendants. | No. 13-CR-00798-RMW<br><br>STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM SEPTEMBER 15, 2014, AT 9:00 A.M. TO OCTOBER 20, 2014 AT 9:00 A.M. AND EXCLUDING TIME FROM SEPTEMBER 15, 2014 TO OCTOBER 20, 2014 |

      Defendant Ademar Becerril, represented by Mark Arnold, Esq., defendant Arturo Cuevas-Quezadaz, represented by Robert Lyons, Esq., defendant Macario Jimenez-Corona, represented by Lupe Martinez, Esq., defendant Francisco Ortiz, represented by Jack D. Gordon, Esq., defendant Juan Luis Jimenez-Castaneda, represented by Peter F. Goldscheider, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the September 15, 2014, status hearing in the above-captioned matter be rescheduled to October 20, 2014, at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from

STIPULATION AND []
ORDER CHANGING STATUS HEARING     1

September 15, 2014, to October 20, 2014, to permit the parties the reasonable time necessary for effective preparation. The reason for the request to change the status date is that, while most of the discovery has been completed, defense counsel need additional time to review the large volume of material that has been produced. Also with respect to some defendants, the parties need additional time to work on negotiated dispositions.

SO STIPULATED:

Dated: September 12, 2014                    /S/
                                             Thomas A. Colthurst
                                             Assistant United States Attorney


                                             /s/
                                             Mark Alan Arnold, Esq.
                                             Counsel for Defendant ADEMAR BECERRIL


                                             /s/
                                             Robert W. Lyons, Esq.
                                             Counsel for Defendant ARTURO CUEVAS-QUEZADAZ


                                             /s/
                                             Lupe Martinez, Esq.
                                             Counsel for Defendant MACARIO JIMENEZ-CORONA


                                             /s/
                                             Jack D. Gordon, Esq.
                                             Counsel for FRANCISCO ORTIZ


                                             /s/
                                             Peter F. Goldscheider, Esq.
                                             Counsel for Defendant JUAN LUIS JIMENEZ-CASTANEDA

ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from September 15, 2014, at 9:00 a.m. to October 20, 2014, at 9:00 a.m.

1

2  For good cause shown, the Court further finds that failing to exclude the time between
3  September 15, 2014, and October 20, 2014, would deny counsel the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
5  The Court further finds that the ends of justice served by excluding the time between September 15,
6  2014 and October 20, 2014, from computation under the Speedy Trial Act outweigh the best interests of
7  the public and the defendant in a speedy trial.

8  Therefore, IT IS HEREBY FURTHER ORDERED that the time between September 15, 2014,
9  and October 20, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
10  3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  ; 13̸4̸13̸6̸

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND []
ORDER CHANGING STATUS HEARING            3